UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| CAMILO RAMIREZ, §<br>    Plaintiff, §<br>§<br>v. §<br>§<br>PLAINS ALL AMERICAN GP, LLC §<br>    Defendant. § | Cause No. 4:21-CV-00070 |

## DEFENDANT'S MOTION TO WITHDRAW NATE BRIGNON AS COUNSEL OF RECORD AND DESIGNATION OF LEAD COUNSEL OF SAMUEL J. STENNIS

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

COMES NOW, Plains All American GP, LLC ("Defendant") and respectfully moves for the Court to enter an Order permitting the withdrawal of Nate Brignon as counsel of record and the designation of Samuel J. Stennis of the law firm Cotton, Bledsoe, Tighe & Dawson, P.C., as lead counsel of record. Tyler Erich will remain additional counsel of record for Defendant.

1. Nate Brignon is no longer affiliated with the law firm Cotton, Bledsoe, Tighe & Dawson, P.C. Thus, Defendant asks the Court to remove Nate Brignon as attorney of record for Defendant and designate Samuel J. Stennis of the law firm Cotton, Bledsoe, Tighe & Dawson, P.C., as counsel of record.

WHEREFORE, PREMISES CONSIDERED, Defendant asks the Court to enter an order withdrawing Nate Brignon as counsel of record and designating Samuel J. Stennis as lead counsel of record, while Tyler Eyrich remains as additional counsel for Defendant.

Respectfully submitted,

*/s/* Samuel J. Stennis
**Samuel J. Stennis**
State Bar No. 24079395
sstennis@cbtd.com
**Tyler J. Eyrich**
State Bar No. 24101741
teyrich@cbtd.com

Of

COTTON, BLEDSOE, TIGHE & DAWSON, P.C.
P. O. Box 2776
Midland, Texas 79702
(432) 684-5782
(432) 682-3672 (FAX)

**ATTORNEYS FOR PLAINS ALL AMERICAN GP, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December 2022, a true and correct copy of the foregoing document was forwarded as indicated below to the following counsel of record:

Holly B. Williams
Williams Law Firm, P.C.
1209 W. Texas Ave.
Midland, Texas 79701-6173
*Counsel for Plaintiff*

*/s/* Samuel J. Stennis
Samuel J. Stennis