IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| CAMILO RAMIREZ,<br>    *Plaintiff*, | § § § § § § § § § § § | |
| v. | | P:21-CV-00070-DC |
| PLAINS ALL AMERICAN GP, LLC,<br>    *Defendant*. | | |

## JURY VERDICT FORM

### COUNT ONE: AGE DISCRIMINATION UNDER THE ADEA

**Question No. 1**

    Has Plaintiff proved that, but for his age, Defendant would not have terminated him?

Answer "Yes" or "No."

    __No__

If your answer is "Yes," answer Question No. 2.

If your answer is "No," please proceed to Question No. 6.

**Question No. 2**

    What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant's wrongful conduct, if any, caused Plaintiff?

Answer in dollars and cents for the following items, and no others:

Past wages and benefits from August 31, 2020 to the date of this verdict: $_____

**Question No. 3**

    Do you find that Plaintiff failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination on August 31, 2020?

Answer "Yes" or "No."

_____

### Question No. 4

What sum of money, if paid now in cash, is the amount by which Plaintiff's damages, if any, could have been reduced through his reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his employment was terminated?

Answer in dollars and cents, if any: $_____

### Question No. 5

Has Plaintiff proved that Defendant's conduct was willful?

Answer "Yes" or "No."

_____

## COUNT TWO: AGE DISCRIMINATION UNDER THE TCHRA

### Question No. 6

Was Plaintiff's age a motivating factor in Defendant's decision to terminate Plaintiff?

Answer "Yes" or "No."

    No

If you answered "Yes," please proceed to Question No. 7.

If you answered "No," **and** you answered "No" to Question No. 1, then your deliberations are over. The Foreperson should sign on the space provided on the last page of this charge and then alert the court security officer that you have reached a verdict.

If you answered "No" to this Question, then your deliberations are over. The Foreperson should sign on the space provided on the last page of this charge and then alert the court security officer that you have reached a verdict.

**Question No. 7**

If you answered Question 2, please skip this question and proceed to Question No. 10.

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the damages, if any, you have found Defendant's wrongful conduct, if any, caused Plaintiff?

Answer in dollars and cents for the following items, and no others:

Past wages and benefits from August 31, 2020 to the date of this verdict: $_____

**Question No. 8**

Do you find that Plaintiff failed to reduce his damages through the exercise of reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his termination on August 31, 2020?

Answer "Yes" or "No."

_____

**Question No. 9**

What sum of money, if paid now in cash, is the amount by which Plaintiff's damages, if any, could have been reduced through his reasonable diligence in seeking, obtaining, and maintaining substantially equivalent employment after the date of his employment was terminated?

Answer in dollars and cents, if any: $_____

**Question No. 10**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff for the emotional pain and suffering, inconvenience, mental anguish, loss of enjoyment of life, and other noneconomic losses damages, if any, caused by Defendant's wrongful conduct?

Answer in dollars and cents, if any: $_____

If you answered "Yes" to Question 6, please proceed to Question No. 11.

**Question No. 11**

Do you find by clear and convincing evidence that Defendant terminated Plaintiff's employment with malice or reckless indifference to his rights under the TCHRA regarding age?

Answer "Yes" or "No."

_____

If your answer is "Yes," answer Question No. 12.

If your answer is "No," then your deliberations are over. The Foreperson should sign on the space provided on the last page of this charge and then alert the court security officer that you have reached a verdict.

**Question No. 12**

What sum of money, if any, if paid now in cash, should be assessed against Defendant and awarded to Plaintiff as punitive damages, if any, for the conduct referenced in Question No. 11?

Answer in dollars and cents, if any. $_____

Your deliberations are over. The Foreperson should sign on the space provided on the last page of this charge and then alert the court security officer that you have reached a verdict.

## CERTIFICATE

Our verdict is unanimous. All of us have agreed to each and every answer. The presiding juror has signed the certificate for all of us as set forth below.

Original Signed by Presiding Juror

Signature of Presiding Juror

Original has Printed Name of Presiding Juror

Printed Name of Presiding Juror