IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| **CAMILO RAMIREZ,**<br>　　*Plaintiff*,<br><br>v.<br><br>**PLAINS ALL AMERICAN GP, LLC,**<br>　　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **P:21-CV-00070-DC** |

## FINAL JUDGMENT

Trial in the above-captioned case began on March 21, 2023. Plaintiff Camilo Ramirez ("Plaintiff") appeared and through his attorneys announced ready for trial. Defendant Plains All American GP, LLC ("Defendant") appeared and through its attorneys announced ready for trial. The Court had jurisdiction over the subject matter of the action and the parties in the case and a jury was duly selected, sworn, and impaneled.

The jury heard the evidence and arguments of counsel. Plaintiff and Defendant rested their respective cases on the evening of March 22, 2023, and the Court submitted a charge to the jury containing definitions, instructions, and questions the next morning. The jury returned a unanimous verdict on the questions presented at midday on March 23, 2023, which the Court received, filed, and entered of record. The jury's verdict along with all stipulations of record are incorporated herein by reference.

In light of the jury's verdict, the Court **FINDS** Defendant Plains All American GP, LLC is entitled to final judgment on all claims presented.

It is therefore **ORDERED** that Plaintiff takes nothing by this suit, that the action be dismissed on its merits, and that Defendant Plains All American GP, LLC recover its costs from Plaintiff.

It is further **ORDERED** that this take nothing judgment in favor of Defendant Plains All American GP, LLC is effective as to all claims filed in this action by Plaintiff.

It is further **ORDERED** that all costs are charged to Plaintiff and all relief not specifically granted herein is expressly denied.

It is finally **ORDERED** that this is a final judgment that disposes of all claims and parties and execution shall issue for this judgment as permitted by law.

It is so **ORDERED**.

SIGNED this 27th day of March, 2023.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE