IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| CAMILO RAMIREZ, § | | CIVIL ACTION NO. |
| PLAINTIFF, § | | |
| § | | |
| v. § | | 4:21-CV-00070-DC-DF |
| § | | |
| PLAINS ALL AMERICAN GP LLC, § | | |
| DEFENDANT. § | | JURY DEMANDED |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Camilo Ramirez hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Jury Verdict (Doc. 72), filed on March 23, 2023, and the Final Judgment (Doc. 75), entered on March 27, 2023.

Respectfully submitted,

By: /s/ Holly Williams
    Holly B. Williams
    Texas Bar No. 00788674

**WILLIAMS LAW FIRM, P. C.**
1209 W. Texas Avenue
Midland, TX 79701
432-682-7800; 432-682-1112 (fax)
holly@williamslawpc.com


By:   /s/ Kyla Gail Cole
      Kyla Gail Cole

**NEILL LEGLER COLE, PLLC**
3300 Oak Lawn Ave, Ste. 425
Dallas, TX  75219
214-748-7777; 214-748-7778 (fax)
kyla@nlcemployeelaw.com

**ATTORNEYS FOR PLAINTIFF
CAMILO RAMIREZ**

## CERTIFICATE OF SERVICE

      I hereby certify that on April 24, 2023, I electronically filed the foregoing document with the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The CM/ECF system sent a "Notice of Electronic Filing" to the following attorneys of record:

Samuel J. Stennis
Tyler Eyrich
**COTTON BLEDSOE TIGHE & DAWSON**
A Professional Corporation
P.O. Box 2776
Midland, TX 79702
sstennis@cbtd.com
teyrich@cbtd.com

                                             /s/ Holly B. Williams
                                                Holly B. Williams